**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALTO DYNAMICS, LLC, | Case No. 1:22-cv-9866-ER |
| Plaintiff, | |
| v. | **NOTICE OF UNOPPOSED** |
| | **MOTION TO INTERVENE** |
| HARRY'S, INC., | |
| Defendant, | |
| and | **JURY TRIAL DEMANDED** |
| GREENHOUSE SOFTWARE, INC., | |
| Intervenor. | |

**PLEASE TAKE NOTICE** that Intervenor Greenhouse Software Inc. ("Greenhouse"), upon the accompanying Memorandum of Law in Support of Motion to Intervene and Declaration of Lucy Yen (and Exhibits 1-2 attached thereto), respectfully moves this Court for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure, granting Greenhouse the right to intervene in this action.

Dated: February 27, 2023        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ Lucy Yen*

Lucy Yen
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Email: lyen@wsgr.com

Jordan R. Jaffe
(*pro hac vice* pending)
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Email: jjaffe@wsgr.com

Erik J. Carlson
(*pro hac vice* pending)
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Email: ecarlson@wsgr.com

Alexander R. Miller
(*pro hac vice* pending)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-3326
Email: alex.miller@wsgr.com

**Attorneys for Intervening Party**
**GREENHOUSE SOFTWARE, INC.**