UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTO DYNAMICS, LLC,

               Plaintiff,

– *against* –

HARRY'S, INC.,

               Defendant.

GREENHOUSE SOFTWARE, INC.,

               Intervenor-Plaintiff,

– *against* –

ALTO DYNAMICS, LLC,

               Intervenor-Defendant.

**ORDER**

22-cv-9866 (ER)

Ramos, D.J.:

     On November 18, 2022, Alto Dynamics filed a complaint against Harry's Inc. for patent infringement related to Harry's website. Doc. 1. The Court granted Greenhouse leave to file a motion to intervene on February 16, 2023. Greenhouse filed its motion on February 27, 2023. Doc. 30. The motion was not opposed and it was granted on April 6, 2023. Doc. 44.

     Greenhouse filed a motion to dismiss Alto Dynamic's counterclaim on May 22, 2023. Doc. 53. Pursuant to the Individual Practices of this Court, "[a] pre-motion conference with the Court is required before making any [] motion…." Individual Practices, Rule 2.A.ii. As Greenhouse failed to comply with this rule, its motion to dismiss is DENIED without prejudice. Greenhouse is directed to submit a pre-motion

conference letter in compliance with this Court's individual practices.  The Clerk of the Court is respectfully directed to terminate the motion, Doc. 53.

It is SO ORDERED.

Dated:  May 23, 2023
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.